(A) THE PEOPLE OF THE STATE OF NEW YORK v. CHARLES E. MORROW. Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ. (B) THE PEOPLE OF THE STATE OF NEW YORK v. JOHN SIENA, SR. Concur — Botein, P. J., Rabin, McNally and Stevens, JJ. (C) THE PEOPLE OF THE STATE OF NEW YORK v. CURTIS MITCHELL. Concur — Breitel, J. P., Rabin, Valente,

536

McNally and Bastow, JJ. (D) The People of the State of New York v. Michael Kane. Concur — Botein, P. J., Breitel, Stevens, Eager and Bergan, JJ. (E) The People of the State of New York v. Clarence D. Green. (F) The People of the State of New York v. Sebastiano De Filippo. Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ.— [In each action] Motion for leave to appeal as a poor person granted to the extent and on the terms and conditions contained in the order of this court filed herein.